IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| P. S. PRODUCTS, INC., <br> BILLY PENNINGTON, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIQUE CUTLERY, INC. <br> and KASHIF ASHFAQ, Individually, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   No. 4:09CV00664 SWW <br> * <br> * <br> * <br> * <br> * |

**Judgment**

Pursuant to the Memorandum Opinion and Order in this matter on this date, judgment is hereby entered in favor of Plaintiffs in the amount of $647,976.00.

DATED this 13th day of May, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE